1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11    EMMANUEL MCSWEENEY,                    Case No.:  3:25-cv-02488-RBM-DEB

12                              Petitioner,
                                             **ORDER SETTING**
13    v.                                     **SUPPLEMENTAL BRIEFING**
                                             **SCHEDULE**
14    WARDEN OF THE OTAY MESA
      DETENTION FACILITY, et al.,
15
                              Respondents.
16

17

18        On October 3, 2025, the Court held a hearing on Petitioner Emmanuel McSweeney's

19    ("Petitioner") Motion for Temporary Restraining Order ("TRO").  (Doc. 12.)  At the

20    hearing, the Court observed that counsel for both Parties appeared to speculate as to the

21    contents of underlying documents that they have not submitted, and were unable to answer

22    several of the questions posed.

23        Because the Court cannot thoughtfully resolve the TRO without a more developed

24    record, the Court **ORDERS** both Parties to file supplemental briefing.  Specifically:

25        1. Petitioner must file a supplemental brief on or before **October 10, 2025 at**

26           **4:30 p.m**.  Petitioner's supplemental brief shall address: (1) whether 8 C.F.R.

27           § 241.4 or 8 C.F.R. § 241.13 governs this case; and (2) the effect of *Rauda v.*

28           *Jennings*, 55 F.4th 773 (9th Cir. 2022), on Petitioner's due process arguments.

                                        1

a. At the hearing, Petitioner argued 8 U.S.C. § 1231(b)(2) requires the Attorney General to remove a noncitizen to a country the noncitizen designates.  Petitioner's brief must address when in the removal proceedings the regulation requires this designation to happen.

b. Petitioner must include a copy of the Notice of Revocation of Release provided to Petitioner as an attachment to his supplemental brief.

2. Respondents must file a supplemental brief on or before **October 15, 2025 at 4:30 p.m**.  Respondents' supplemental brief shall address: (1) whether 8 C.F.R. § 241.4 or 8 C.F.R. § 241.13 governs this case; (2) the effect of *Rauda v. Jennings* on Petitioner's due process arguments; and (3) any support for Respondents' argument that the "Decision to Continue Detention" (Doc. 9-2 at 22) and the "Notice to Alien of File Custody Review" (Doc. 9-2 at 29) provided Petitioner with notice of the reasons for the revocation of his release.

a. At the hearing, Respondents represented that Immigration and Customs Enforcement ("ICE") communicated with Petitioner before his March 2025 detention, and that Petitioner provided documents or other evidence to ICE on February 25, 2025.  Respondents must include any documentation or other evidence of these communications as an attachment to their supplemental brief.

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents **MUST NOT** transfer Petitioner outside of the Southern District of California pending the Court's decision on the TRO.

**IT IS SO ORDERED.**

DATE:  October 3, 2025

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

2

3:25-cv-02488-RBM-DEB