

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Emmanuel McSweeney<br><br>Plaintiff,<br>V.<br><br>Warden of the Otay Mesa Detention Facility; (see attachment)<br><br>Defendant. | Civil Action No.  25CV2488-RBM-DEB<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition for Writ of Habeas Corpus is granted.


Date:   10/24/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ J. Petersen

J. Petersen, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 25CV2488-RBM-DEB

Plaintiff

Emmanuel McSweeney

v.

Defendant

Warden of the Otay Mesa Detention Facility; Field Office Director, San Francisco Field Office, United States Immigration and Customs Enforcement; Director United States Immigration and Customs Enforcement; United States Department of Homeland Security; United States Attorney General